UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ALI REGINAL JAMES | CIVIL ACTION NO. 07-1104 |
| VS. | JUDGE MELANÇON |
| SHERIFF SID HEBERT, ET AL. | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Rec. Doc. 11], and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record [Rec. Doc. 12], it is

**ORDERED** that plaintiff's Civil Rights Complaint is **DISMISSED** as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(d)(2)(b)(i) and (ii) and § 1915A(b)(1).

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 8th day of November, 2007.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE